UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY ROY,

        Plaintiff,

  v.

WALTER TICKNER, et al.,

        Defendants.

Case No.  16-cv-00652-SK

**NOTICE REGARDING RESOURCES AVAILABLE TO PRO SE LITIGANTS**

The Court hereby attaches a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial.

The Court further advises Plaintiff that she also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or sign up on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse, Room 470S, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

Dated: February 24, 2016

_____
SALLIE KIM
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ROY,<br><br>            Plaintiff,<br><br>    v.<br><br>WALTER TICKNER, et al.,<br><br>            Defendants. | Case No.  16-cv-00652-SK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mary Roy
34109 Broadmoor Comm.
Apt. #242
Fremont, CA 94538

Dated: February 24, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the Honorable SALLIE KIM

2