1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY ROY,

               Plaintiff,

      v.

WALTER TICKNER, et al.,

               Defendants.

Case No.  16-cv-00652-SK

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 6

Before this Court is Defendants' Motion to Dismiss.  (Dkt. No. 6.)  To date, no opposition has been filed.  The Court previously provided information to Plaintiff regarding the Legal Help Center, including a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.  (Dkt. No. 11.)  Again, the Legal Help Center is located on the 15th Floor of the San Francisco Courthouse, Room 2796, or on the 4th Floor of the Oakland Courthouse.  You may wish to call them at 415-782-8982.

Given that Plaintiff has not opposed Defendants' Motion to Dismiss, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The hearing on the Order to Show Cause is scheduled for Wednesday, March 30, 2016 at 9:30 a.m.  If Plaintiff fails to appear, the Court will issue a recommendation to the District Court that the matter be dismissed.

**IT IS SO ORDERED.**

Dated: March 22, 2016

_____

SALLIE KIM
United States Magistrate Judge